### DENSON v. MAPES et al.
### No. 11692.

Circuit Court of Appeals, Ninth Circuit.

Feb. 19, 1948.

Rehearing Denied March 25, 1948.

Samuel Platt, of Reno, Nev., for appellant.

H. R. Cooke and John D. Furrh, Jr., both of Reno, Nev., for appellees.

Before GARRECHT, MATHEWS and HEALY, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, 71 F.Supp. 503, the judgment of the District Court here appealed from is affirmed, and appellant's motion for reimbursement by appellees for causing unnecessary costs on appeal is denied without prejudice to the right of appellant to make and file with the clerk of this court a motion for the allowance of costs to appellant, such motion, if made, to conform with our Rule 17(1).